# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 23, 2014

## NO. 03-14-00171-CV

**A&T Consultants, Ltd., Appellant**

**v.**

**Roark Amusement & Vending, L.P., Appellee**

## APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on March 7, 2014. A&T Consultants, Ltd. filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. A&T Consultants, Ltd. shall pay all costs relating to this appeal, both in this Court and the court below.